# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V().,<br><br>                    Plaintiffs,<br><br>v.<br><br>SATCO PRODUCTS, INC.<br><br>                    Defendant. | Civil Action No. 2:19-cv-6125<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT SATCO PRODUCTS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Satco Products, Inc. ("Satco") provides the following disclosures:

1. Satco is not publicly traded and does not offer shares of stock to the public.

2. Satco has no parent corporation.

3. No publicly held company owns 10% or more of Satco's stock.

Dated: November 25, 2019             Respectfully submitted,

/s/ *Scott J. Bornstein*

Scott J. Bornstein
Elana B. Araj
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Telephone:
bornsteins@gtlaw.com
araje@gtlaw.com

Nicholas A. Brown (*pro hac vice*)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Stephen W. Livingston
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
swlivingston@lgdlaw.com

***Attorneys for Defendant Satco Products, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            /s/ *Scott J. Bornstein*
                                                            SCOTT J. BORNSTEIN