UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Signify North America Corporation and
Signify Holding B.V.,
        Plaintiffs,
    v.
Satco Products, Inc.,
        Defendants.
-----------------------------------------------------------X

19cv6135

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Emily Grand__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Alston & Bird__ and a member in good standing of the bar(s) of the State(s) of __Missouri__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Signify North America Corporation and Signify Holding B.V.__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: __12/10/2019__

/s/ Emily Grand
Signature of Movant
Firm Name __Alston & Bird__
Address __950 F. St NW__
__Washington, DC 20004__
__emily.grand@alston.com__
__(202) 239-3300__