UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SIGNIFY NORTH AMERICA COR

       Plaintiff(s),

v.

SATCO PRODUCTS, INC.

       Defendant(s).

2:19-cv-06125

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

---

I, EMILY GRAND, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of alston and Bird.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of MISSOURI.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 71898
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:19-cv-06125 for Plaintiff Signify North America Corporation and Signify B.V.

Date 12/10/19
Washington, DC

/s/ Emily Grand
Signature of Movant
Firm Name ALSTON & BIRD
Address 950 F. ST NW
WASHINGTON, DC 20004

Email emily.grand@alston.com
Phone (202) 239-3300

NOTARIZED

EARNESTINE A. FLOWERS
Notary Public, District of Columbia
My Commission Expires March 31, 2023