IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>                  Plaintiffs,<br><br>v.<br><br>SATCO PRODUCTS, INC.<br><br>                  Defendant. | Civil Action No. 2:19-cv-06125-JMA-SIL<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, ADAM DAVID SWAIN, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel on behalf of Plaintiffs, SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., in the above action.

I am a member in good standing of the Bar of the States of California and Washington, D.C., and admitted to practice in the following courts: Northern District of the State of California (2010), District of Columbia Court of Appeals (2010), Eastern District of the State of Texas (2011), and the U.S. Court of Appeals for the Federal Circuit (2014). There are no pending disciplinary proceedings against me in any state or federal court. Submitted concurrently with this motion are certificates of good standing and the affidavit required by Local Civil Rule 1.3.

Dated: January 17, 2020

/s/ Adam D. Swain
Adam D. Swain
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
(202) 239-3300 / Fax: (202) 239-3333
Email: adam.swain@alston.com

*Attorney for Plaintiffs Signify North America Corporation and Signify Holding B.V*