IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SATCO PRODUCTS, INC.<br><br>　　　　　　Defendant. | Civil Action No. 2:19-cv-06125-JMA-SIL<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, **ADAM DAVID SWAIN**, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Alston & Bird LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the states of California and Washington, D.C.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have NOT been convicted of a felony.

6. I have NOT been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable:　　California Bar No.:　257687
　　　　　　　　　　　　　　　　　　　　　　　　　DC Bar No.:　　　992063

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 2:19-cv-06125 for Plaintiffs Signify North America Corporation and Signify Holding B.V.

Dated: January 17, 2020　　Signature of Movant: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Adam D. Swain
　　　　　　　　　　　　Firm Name:　**ALSTON & BIRD LLP**
　　　　　　　　　　　　Address:　　950 F. Street, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1404
　　　　　　　　　　　　Telephone:　(202) 239-3300
　　　　　　　　　　　　Facsimile:　 (202) 239-3333
　　　　　　　　　　　　Email:　　　adam.swain@alston.com

DISTRICT OF COLUMBIA )
) ss:
COUNTY OF Washington D.C )

Signed and sworn to before me, the undersigned Notary Public, by ADAM DAVID SWAIN this 17th day of January, 2020.

_____
NOTARY PUBLIC

Commission Expires: _29, 2024_

# EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ADAM DAVID SWAIN

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ADAM DAVID SWAIN, #257687, was on the 25th day of November 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 26th day of December 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
I. Calanoc, Senior Deputy Clerk

# EXHIBIT 2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Adam David Swain

was duly qualified and admitted on January 8, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 9, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.