# ALSTON & BIRD

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-239-3300 | Fax: 202-239-3333

Thomas W Davison					Direct Dial: 202-239-3933					Email: tom.davison@alston.com

*VIA CM/ECF*

January 24, 2020

The Honorable Stephen I. Locke
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Signify North America Corporation et al., v. Satco Products, Inc.*, Case No. 2:19-cv-06125-JMA-SIL

Dear Judge Locke:

      Pursuant to Judge Azrack's Individual Rules, your Honor's Individual Rules, and this Court's Local Rules, Plaintiffs Signify North America Corporation and Signify Holding B.V. and Defendant Satco Products, Inc. jointly move the Court for entry of the attached Order Regarding E-Discovery. The Parties have agreed on all aspects of the Order Regarding E-Discovery and respectfully request that the Court enter the Order Regarding E-Discovery.

                            */s/Thomas W. Davison*
                             Thomas W. Davison (admitted pro hac vice)

                             *Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.*

Attachment

CC: Counsel of record (via CM/ECF)

Alston & Bird LLP                                                                          www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.