# LYNN GARTNER DUNNE, LLP

Robert P. Lynn, Jr.
Kenneth L. Gartner*
John W. Dunne+

Stephen W. Livingston
Tiffany D. Frigenti
Katharine Smith Santos
Christopher A. Renke

Also admitted in *DC +CT

Attorneys At Law
www.lgdlaw.com

330 Old Country Road
Suite 103
Mineola, NY 11501

P: 516-742-6200
F: 516-742-5294
E: rplynn@lgdlaw.com

John A. Raymond^
Of Counsel

^Only admitted in DC & CA

January 24, 2020

**Via CM/ECF**

The Honorable Joan M. Azrack
United States District Cout for the
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Attention: Ms. Lauren Posillico

Re: *Signify North America Corporation et al., v. Satco Products, Inc.*
Case No.: 2:19-cv-06125-JMA-SIL

Dear Judge Azrack:

I am counsel to Satco Products, Inc. in the above matter, along with Nicholas Brown, Scott Bornstein, and Julie Bookbinder of the Greenberg Traurig firm.

I am scheduled to fly out of New York on the evening of January 29th, and to return on the evening of February 17th.

This trip has been planned with my wife for some time, and it is not easy to adjust, given the time of year.

Is it possible for the Court to find a date convenient to it, and all opposing counsel, on February 18th, 19th, 20t or 21st?

Respectfully submitted,

Robert P. Lynn, Jr.

RPL:kr

cc: Ms. Lauren Posillico

LGD File # 8220