# CIVIL CAUSE FOR INITIAL/PRE-MOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/20/2020     TIME: 12:00 PM     TIME IN COURT: 15 min.

FILED
CLERK
2/20/2020 2:57 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

CASE:     **Signify North America Corporation et al v. Satco Products, Inc.**
          **2:19-cv-06125-JMA-SIL**

APPEARANCES:     For Plaintiff: Thomas Davison, Natalie Clayton

                 For Defendants: Julie Bookbinder, Nicholas Brown, Robert Lynn, Stephen Livington

FTR: 12:02-12:09

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is set for   with Judge Azrack. Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒ Other: Motion practice held in abeyance.  This case is respectfully referred to Mediation.