| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 3/12/2020 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 10:30 am |

CASE: **CV 19-6125 (JMA) Signify North America Corp. et al v. Satco Products, Inc.**

| TYPE OF CONFERENCE: MOTION | FTR: 10:22-11:00 |
| --- | --- |

APPEARANCES:
    For Plaintiff:   Thomas Davison
                       Natalie Clayton

    For Defendant: Robert Lynn
                        Julie Bookbinder

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Motion hearing held. Next status conference set for March 19, 2020. The conference can be canceled if the parties file a stipulation as to the parties' motion, DE [31] as discussed on the record.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      3/19/2020 at 11:00 am      : Status conference

                                              SO ORDERED

                                              /s/Steven I. Locke
                                              STEVEN I. LOCKE
                                              United States Magistrate Judge