

Julie P. Bookbinder
Tel 212.801.9200
Fax 212.801.6400
bookbinderj@gtlaw.com

March 19, 2020

**VIA ECF**

The Honorable Steven I. Locke
U.S. District Court, E.D. New York
Long Island Courthouse
100 Federal Plaza,
Central Islip, NY 11722

    Re: *Signify North America Corporation et al., v. Satco Products, Inc.*, 2:19-cv-06125-JMA-SIL

Dear Magistrate Judge Locke:

    Further to the Court's guidance at the March 12, 2020 hearing, we write to advise that the parties have been unable to reach agreement on the matters discussed at that hearing. First, the parties have been unable to reach agreement on the categories of information that will be included in the Confidential summary of licenses that Plaintiffs were ordered to provide to Defendant's designated representatives. Second, because they have been unable to reach agreement on the summary, the parties have been unable to agree on the content of the stipulation that Plaintiffs state is a prerequisite to producing the licenses. Accordingly, the parties continue to seek relief from the Court at the telephonic status conference scheduled for 11:15 am on March 19, 2020.

Respectfully submitted,

| */s/ Adam D. Swain* | */s/ Julie P. Bookbinder* |
|---|---|
| Natalie C. Clayton (4409538) | Scott J. Bornstein |
| Stephen Yang (5123492) | Joshua L. Raskin |
| **ALSTON & BIRD LLP** | Julie P. Bookbinder |
| 90 Park Avenue | **GREENBERG TRAURIG, LLP** |
| 15th Floor | 200 Park Ave |
| New York, NY 10016-1387 | New York, NY 10166 |
| Telephone: (212) 210-9400 | Telephone: (202) 801-9200 |
| Facsimile: (212) 210-9444 | bornsteins@gtlaw.com |
| Email: Natalie.Clayton@alston.com | raskinj@gtlaw.com |
| Email: Stephen.Yang@alston.com | bookbinderj@gtlaw.com |
| | |
| Adam D. Swain (admitted *pro hac vice*) | |
| Thomas W. Davison (admitted *pro hac vice*) | Nicholas A. Brown (*admitted pro hac vice*) |
| Emily M. Grand (admitted *pro hac vice*) | **GREENBERG TRAURIG, LLP** |
| **ALSTON & BIRD LLP** | 4 Embarcadero Ctr, Ste. 3000 |
| 950 F. Street, NW | San Francisco, CA 94111-5983 |
| Washington, D.C. 20004-1404 | Telephone: (415) 655-1271 |

ACTIVE 49559889v3

March 19, 2020
Page 2

<div style="columns:2">

Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com
Email: Emily.Grand@alston.com

***Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.***

brownn@gtlaw.com

Robert P. Lynn, Jr.
Stephen W. Livingston
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
swlivingston@lgdlaw.com

***Attorneys for Defendant Satco Products, Inc.***

</div>