# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Natalie C. Clayton　　　　　　　　　　Direct Dial: 212-210-9573　　　　　　　　　Email: natalie.clayton@alston.com

March 19, 2020

**Via ECF**

The Honorable Stephen I. Locke
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Signify North America Corporation et al., v. Satco Products, Inc.*,
Case No. 2:19-cv-06125-JMA-SIL

Dear Judge Locke:

Pursuant to the Scheduling Order dated March 17, 2020, we write on behalf of Plaintiffs Signify North America Corporation and Signify Holding B.V. to request a copy of the transcript of today's telephonic status conference.

Respectfully submitted,

*/s/ Thomas W. Davison*
Natalie C. Clayton (4409538)
Stephen Yang (5123492)
Ravi Shah (5720149) (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Email: natalie.clayton@alston.com
Email: stephen.yang@alston.com
Email: ravi.shah@alston.com

Adam D. Swain (*admitted pro hac vice*)
Thomas W. Davison (*admitted pro hac vice*)
Emily M. Grand (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
Telephone: (202) 239-3300
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com
Email: Emily.Grand@alston.com

***Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.***

cc: Counsel of Record (via ECF)