IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SATCO PRODUCTS, INC.<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 2:19-cv-06125-JMA-SIL |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 37, and for good cause shown, the Court hereby APPROVES the Stipulation (Dkt. 43 ) between Defendant Satco Products, Inc. Lighting ("Satco") and Plaintiffs Signify North America Corporation and Signify Holding B.V. ("Signify").

Signify shall to produce the "Category 1" license agreements referred to in the parties' Stipulation.  All such license agreements produced under this Order are to be marked as "RESTRICTED – ATTORNEYS' EYES ONLY" and treated accordingly pursuant to the Protective Order (Dkt. 43-1) entered in this case.

SO ORDERED, THIS the 24 day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ SIL
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Steven I Locke
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge