# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

April 5, 2021

*VIA CM/ECF*

The Honorable Steven I. Locke
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re: *Signify North America Corporation et al., v. Satco Products, Inc.*, Case No. 2:19-cv-06125-JMA-SIL

Dear Judge Locke:

      Pursuant to the discussion on the record at the March 31, 2021 status hearing, the parties provide this joint letter regarding contact information for the neutral host vendor for the *Markman* hearing on April 26-27, 2021:

      Company:    TrialGraphix
      Contact:     BK Jackson, Technology Consultant
      Email:       B.jackson@trialgraphix.com
      Telephone:  (706) 405-4957

      TrialGraphix will handle all logistical and technical aspects of the *Markman* hearing, including hosting the videoconferencing application. If your Honor is interested, TrialGraphix is also able to ship your Honor a loaner laptop and/or monitor to be used during the hearing. If your Honor is interested, TrialGraphix will also have a technician available onsite at the time of the hearing to assist with setting up the laptop and/or monitor and to answer any questions.

Respectfully submitted,

| | |
|---|---|
| */s/ Natalie C. Clayton* | */s/ Julie P. Bookbinder* |
| Natalie C. Clayton (4409538) | Scott J. Bornstein |
| Darlena Subashi (admitted *pro hac vice*) | Joshua L. Raskin |
| Ravi Shah (admitted *pro hac vice*) | Julie P. Bookbinder |
| **ALSTON & BIRD LLP** | GREENBERG TAURIG, LLP |
| 90 Park Avenue | 200 Park Ave |
| 15th Floor | New York, NY 10166 |

Alston & Bird LLP      www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Natalie.Clayton@alston.com
Email: Darlena.Subashi@alston.com
Email: Ravi.Shah@alston.com

Adam D. Swain (*admitted pro hac vice*)
Thomas W. Davison (*admitted pro hac vice*)
Emily M. Grand (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com
Email: Emily.Grand@alston.com

John D. Haynes (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com

*Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.*

Telephone: (202) 801-9200
bornsteins@gtlaw.com
raskinj@gtlaw.com
bookbinderj@gtlaw.com

Nicholas A. Brown (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Katharine Santos
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
KSantos@lgdlaw.com

*Attorneys for Defendant Satco Products, Inc.*