UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,

        Plaintiffs,

  -against-

SATCO PRODUCTS, INC.,

        Defendant.
------------------------------------------------------------X

**MEMORANDUM AND ORDER**

19-CV-6125 (JMA)(SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

In anticipation of and preparation for the Markman hearing scheduled for April 27, 2021, the Court permits TrialGraphix and its employees to bring technology, including laptops, to the chambers of Magistrate Judge Steven I. Locke on April 21, 2021 at 2:00 p.m.

Dated: Central Islip, New York
       April 12, 2021

**SO ORDERED**

/s Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge