
Julie Bookbinder
Tel 212.801.6948
Fax 212.805.9412
bookbinderj@gtlaw.com

April 30, 2021

<u>**VIA ECF**</u>

The Honorable Steven I. Locke
U.S. District Court, E.D. New York
Long Island Courthouse
100 Federal Plaza,
Central Islip, NY 11722

    Re: *Signify North America Corporation et al., v. Satco Products, Inc.*, 2:19-cv-06125-JMA-SIL

Dear Magistrate Judge Locke:

    Pursuant to the Court's March 31, 2021 Order (Dkt. No. 144), the parties submit this joint status letter proposing the following schedule for royalty-related discovery:

| **Deadline** | **Agreed Date** |
| --- | --- |
| Satco to identify twelve licenses for which Satco seeks further discovery and issue the corresponding discovery requests (i.e., interrogatories and/or requests for production) to Signify | 7 days after Signify makes its final election of asserted claims |
| Signify to issue responses and objections, if any, and produce non-objectionable documents and information responsive to Satco's discovery requests | 30 days after Satco issues discovery requests as to the twelve identified licenses |

    The parties agree to engage in a reasonable meet-and-confer process, if necessary, to resolve any disputes arising out of the above schedule. If disputes arise that may prevent the parties from completing fact discovery within 90 days after the Court's claim construction ruling pursuant to the Scheduling Order (Dkt. No. 62), the parties will work together in good faith in seeking any necessary extension of the schedule. The parties will continue to keep the Court apprised of the status of the discovery.

Respectfully submitted,

*/s/ Natalie C. Clayton*                                                          */s/ Julie P. Bookbinder*
Natalie C. Clayton (4409538)                                  Scott J. Bornstein
Darlena Subashi (admitted *pro hac vice*)                Joshua L. Raskin
Ravi Shah (admitted *pro hac vice*)                        Julie P. Bookbinder
**ALSTON & BIRD LLP**                                        **GREENBERG TRAURIG, LLP**

90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Natalie.Clayton@alston.com
Email: Darlena.Subashi@alston.com
Email: Ravi.Shah@alston.com

Adam D. Swain (*admitted pro hac vice*)
Thomas W. Davison (*admitted pro hac vice*)
Emily M. Grand (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com
Email: Emily.Grand@alston.com

John D. Haynes (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com

*Counsel for Signify North America Corporation and Signify Holding B.V.*

200 Park Ave
New York, NY 10166
Telephone: (202) 801-9200
Email: bornsteins@gtlaw.com
Email: raskinj@gtlaw.com
Email: bookbinderj@gtlaw.com

Nicholas A. Brown (*admitted pro hac vice*)
**GREENBERG TRAURIG, LLP**
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
Email: brownn@gtlaw.com

Robert P. Lynn, Jr.
Katharine Santos
**LYNN GARTNER DUNNE, LLP**
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
Email: rplynn@lgdlaw.com
Email: KSantos@lgdlaw.com

*Counsel for Satco Products, Inc.*