# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

May 4, 2021

**<u>VIA CM/ECF</u>**

The Honorable Steven I. Locke
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:  *Signify North America Corporation et al., v. Satco Products, Inc.*, Case No. 2:19-cv-06125-JMA-SIL

Dear Judge Locke:

Pursuant to the discussion at the April 27, 2021 *Markman* hearing, the parties respectfully provide this joint letter regarding dates for completion of the *Markman* hearing.

Signify is prepared to proceed in-person on the dates the Court provided in May, but as a courtesy to accommodate Satco's counsel's vaccination schedule, Signify is willing to proceed with the remainder of the *Markman* hearing in June.

As the Court's calendar allows, the parties respectfully request that the Court set the remainder of the *Markman* hearing to be held in-person on either June 10 or June 17. The parties agree that a half-day hearing should be sufficient to complete the *Markman*.

Respectfully submitted,

| | |
|---|---|
| */s/ Natalie C. Clayton* | */s/ Julie P. Bookbinder* |
| Natalie C. Clayton (4409538) | Scott J. Bornstein |
| Darlena Subashi (admitted *pro hac vice*) | Joshua L. Raskin |
| Ravi Shah (admitted *pro hac vice*) | Julie P. Bookbinder |
| **ALSTON & BIRD LLP** | **GREENBERG TRAURIG, LLP** |
| 90 Park Avenue | 200 Park Ave |
| 15th Floor | New York, NY 10166 |
| New York, NY 10016-1387 | Telephone: (202) 801-9200 |
| Telephone: (212) 210-9400 | bornsteins@gtlaw.com |
| Facsimile: (212) 210-9444 | raskinj@gtlaw.com |
| Email: Natalie.Clayton@alston.com | bookbinderj@gtlaw.com |

Alston & Bird LLP     www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

Email: Darlena.Subashi@alston.com
Email: Ravi.Shah@alston.com

Adam D. Swain (*admitted pro hac vice*)
Thomas W. Davison (*admitted pro hac vice*)
Emily M. Grand (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com
Email: Emily.Grand@alston.com

John D. Haynes (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com

*Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.*

Nicholas A. Brown (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Katharine Santos
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
KSantos@lgdlaw.com

*Attorneys for Defendant Satco Products, Inc.*