# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> SATCO PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 2:19-cv-06125-JMA-SIL |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Signify North America Corporation and Signify Holding B.V. ("Signify") and Defendant and Counterclaim-Plaintiff Satco Products, Inc. ("Satco") (collectively, the "Parties") enter the following stipulation.

IT IS HEREBY STIPULATED BY AND BETWEEN the Parties that:

(1) No Party admits liability;

(2) Each Party shall bear its own costs, attorneys fees, and expenses incurred in connection with the claims dismissed by this Order;

(3) Signify's claims against Satco in this action are dismissed without prejudice;

(4) Satco's claims against Signify in this action are dismissed without prejudice.

Dated: January 28, 2022

| | |
|---|---|
| /s/ Natalie C. Clayton | /s/ Nicholas A. Brown |
| Natalie C. Clayton (4409538) | Scott J. Bornstein |
| Darlena Subashi (admitted *pro hac vice*) | Joshua L. Raskin |
| Ravi Shah (admitted *pro hac vice*) | Julie P. Bookbinder |
| **ALSTON & BIRD LLP** | **GREENBERG TRAURIG, LLP** |
| 90 Park Avenue | 200 Park Ave |
| 15th Floor | New York, NY 10166 |
| New York, NY 10016-1387 | Telephone: (202) 801-9200 |
| Telephone: (212) 210-9400 | bornsteins@gtlaw.com |
| Facsimile: (212) 210-9444 | raskinj@gtlaw.com |
| Email: Natalie.Clayton@alston.com | bookbinderj@gtlaw.com |
| Email: Darlena.Subashi@alston.com | |
| Email: Ravi.Shah@alston.com | Nicholas A. Brown (admitted *pro hac vice*) |
| | **GREENBERG TRAURIG, LLP** |
| Adam D. Swain (admitted *pro hac vice*) | 4 Embarcadero Ctr, Ste. 3000 |
| Thomas W. Davison (admitted *pro hac vice*) | San Francisco, CA 94111-5983 |
| **ALSTON & BIRD LLP** | Telephone: (415) 655-1271 |
| 950 F. Street, NW | brownn@gtlaw.com |
| Washington, D.C. 20004-1404 | |
| Telephone: (202) 239-3300 | Robert P. Lynn, Jr. |
| Facsimile: (202) 239-3333 | Stephen W. Livingston |
| Email: Adam.Swain@alston.com | Katharine Santos |
| Email: Tom.Davison@alston.com | **LYNN GARTNER DUNNE, LLP** |
| | 330 Old Country Road, Suite 103 |
| ***Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.*** | Mineola, New York 11501 |
| | Telephone: (516) 742-6200 |
| | rplynn@lgdlaw.com |
| | swlivingston@lgdlaw.com |
| | |
| | ***Attorneys for Defendant Satco Products, Inc.*** |

SO ORDERED, this ___ day of _____, 2022.

_____
United States District Judge