**FILED
CLERK**

3:29 pm, Jan 31, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>                              Plaintiffs,<br>v.<br>SATCO PRODUCTS, INC.,<br><br>                              Defendant. | Civil Action No. 2:19-cv-06125-JMA-SIL |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Signify North America Corporation and Signify Holding B.V. ("Signify") and Defendant and Counterclaim-Plaintiff Satco Products, Inc. ("Satco") (collectively, the "Parties") enter the following stipulation.

IT IS HEREBY STIPULATED BY AND BETWEEN the Parties that:

(1) No Party admits liability;

(2) Each Party shall bear its own costs, attorneys fees, and expenses incurred in connection with the claims dismissed by this Order;

(3) Signify's claims against Satco in this action are dismissed without prejudice;

(4) Satco's claims against Signify in this action are dismissed without prejudice.

Dated: January 28, 2022

| | |
|---|---|
| /s/ Natalie C. Clayton | /s/ Nicholas A. Brown |
| Natalie C. Clayton (4409538) | Scott J. Bornstein |
| Darlena Subashi (admitted *pro hac vice*) | Joshua L. Raskin |
| Ravi Shah (admitted *pro hac vice*) | Julie P. Bookbinder |
| **ALSTON & BIRD LLP** | **GREENBERG TAURIG, LLP** |
| 90 Park Avenue | 200 Park Ave |
| 15th Floor | New York, NY 10166 |
| New York, NY 10016-1387 | Telephone: (202) 801-9200 |
| Telephone: (212) 210-9400 | bornsteins@gtlaw.com |
| Facsimile: (212) 210-9444 | raskinj@gtlaw.com |
| Email: Natalie.Clayton@alston.com | bookbinderj@gtlaw.com |
| Email: Darlena.Subashi@alston.com | |
| Email: Ravi.Shah@alston.com | Nicholas A. Brown (admitted *pro hac vice*) |

/s/ Natalie C. Clayton
Natalie C. Clayton (4409538)
Darlena Subashi (admitted *pro hac vice*)
Ravi Shah (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Natalie.Clayton@alston.com
Email: Darlena.Subashi@alston.com
Email: Ravi.Shah@alston.com

Adam D. Swain (admitted *pro hac vice*)
Thomas W. Davison (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Adam.Swain@alston.com
Email: Tom.Davison@alston.com

***Counsel for Plaintiffs Signify North America Corporation and Signify Holding B.V.***

/s/ Nicholas A. Brown
Scott J. Bornstein
Joshua L. Raskin
Julie P. Bookbinder
**GREENBERG TRAURIG, LLP**
200 Park Ave
New York, NY 10166
Telephone: (202) 801-9200
bornsteins@gtlaw.com
raskinj@gtlaw.com
bookbinderj@gtlaw.com

Nicholas A. Brown (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Stephen W. Livingston
Katharine Santos
**LYNN GARTNER DUNNE, LLP**
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
swlivingston@lgdlaw.com

***Attorneys for Defendant Satco Products, Inc.***

SO ORDERED, this 31st day of January, 2022.

/s/ Joan M. Azrack, USDJ
United States District Judge