AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of New York** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19cv6125(JMA)(ARL) | DATE FILED<br>10/30/2019 | U.S. DISTRICT COURT<br>Eastern District of New York |
|---|---|---|
| PLAINTIFF<br>Signify North America Corporation<br>Signify Holding B.V. | | DEFENDANT<br>Satco Products, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,348,604 B2 | 3/25/2008 | TIR Technology LP |
| 2 | US 7,358,929 B2 | 4/15/2008 | Philips Solid-State Lighting Solutions, Inc. |
| 3 | US 6,972,525 B2 | 12/6/2005 | Philips Lighting North America Corporation |
| 4 | US 8,070,328 B1 | 12/6/2011 | Koninkliljke Philips Electronics N.V. |
| 5 | US 7,352,138 B2 | 4/1/2008 | Philips Solid-State Lighting Solutions, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  US, 7,038,399 B2 | 5/2/2006 | Color Kinetics Incorporated |
| 2  US 7,256,554 B2 | 8/14/2007 | Color Kinetics Incorporated |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order dated 1/31/2022. |

| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK<br>Laurie Coleman | DATE<br>1/31/2022 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

[Print]   [Save As...]   [Reset]